**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In the Matter of the Complaint** ) | |
| ) | |
| **of** ) | **Civil Action No.:** |
| ) | **IN ADMIRALTY** |
| **MASSACHUSETTS BAY TRANSPORTATION** ) | |
| **AUTHORITY, as Owner of the M/V ABIGAIL** ) | |
| **ADAMS (O.N. 1129770), Her Engines, Machinery,** ) | |
| **Tackle, Apparel, Appurtenances, etc., for Exoneration** ) | |
| **From, or Limitation of, Liability, Civil and Maritime,** ) | |
| ) | |
| **Petitioner.** ) | |
| ) | |

**ORDER (1) RESTRAINING SUITS, (2) DIRECTING PUBLICATION AND SERVICE OF NOTICE TO CLAIMANTS, (3) SETTING DEADLINES TO FILE CLAIMS AND (4) APPROVING FILING OF AD INTERIM STIPULATION FOR LIMITATION FUND AND COSTS**

WHEREAS, a Limitation Complaint having been filed herein on April 13, 2026 by the above-named Petitioner, Massachusetts Bay Transportation Authority ("MBTA"), owner of the M/V ABIGAIL ADAMS f/k/a the M/V MICKEY MURPHY[1] bearing Official No. 1129770, her engines, machinery, tackle, apparel, appurtenances, etc. (the "Vessel") for Exoneration from or Limitation of Liability, pursuant to 46 U.S.C. § 30501, *et seq.,* (the "Limitation of Liability Act") and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules"), and also contesting liability, independently of the limitation of liability claimed under the Limitation of Liability Act, for any loss, damage, injury, or death arising from the Vessel's May 22, 2025 voyage departing

---

[1] The Vessel was named the M/V MICKEY MURPHY at the time of the incident and, upon information and belief, was renamed the M/V ABIGAIL ADAMS post-incident but retained the same Official Number.

Logan Airport at 1505 hours en route to the New England Aquarium arriving at or around 1516 hours that same day (the "Voyage"), as more fully described in the Complaint; and

WHEREAS, an Appraiser's Report having been filed in this action attesting to the value of Petitioner's interest in the Vessel at the close of the Voyage; and

WHEREAS, Petitioner's stipulators have offered to file an Ad Interim Stipulation for Value as security for the value of Petitioner's interest in the Vessel and her pending freight at the conclusion of the Voyage, in the amount of $965,006.50, plus costs of $250.00 and interest at six percent (6%) per annum commencing from the date of this Order.

NOW, on Motion of Petitioner, it is hereby ORDERED and DECREED as follows:

1.     That the Ad Interim Stipulation for Value for security filed with the Complaint is accepted and further ordered that Petitioner shall not be required to deposit any additional amount with this Court as security for claims against it as Owner. However, should any claimant seek to contest Petitioner's valuation of its interests, this Court shall proceed as provided in Supplemental Rule F(7) for due appraisement and order the security to be increased or decreased as necessary.

2.     That an Order issue out of and under seal of this Court against all persons asserting claims with respect to any and all losses, damages, injuries, or other claims arising out of the Voyage, admonishing them to file their respective claims with the Clerk of this Court in writing, and to serve on the attorneys for the Petitioner a copy thereof on or before June 15, 2026, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he/she/it shall file and serve on the attorneys for the Petitioner an Answer to the Complaint on or before the said date, unless his/her/its claim included an Answer to the Complaint, so designated, or be defaulted;

2

3.     That further prosecution of any and all suits, actions and proceedings which may already have been commenced against Petitioner or others to recover damages arising out of, occasioned by, or in any way arising out of the Voyage of the Vessel, and prosecution of any suits, actions or legal proceedings of any nature or description whatsoever against Petitioner or others except as to making a claim in this proceeding for Exoneration from or Limitation of Liability of any claims or claims arising out of, occasioned by or in any way relating to the Voyage, be and the same hereby are stayed and restrained;

4.     That public notice of the filing of the Complaint shall be given as provided by Rule F(4) by publication of a Notice in the form attached hereto in *The Boston Globe*, once a week for four (4) successive weeks before the return date as stated in said Order, the first publication to be at least thirty (30) days before said return date, and that on or before the day of second publication a copy of this Order be mailed to every person known to have made any claim against Petitioner for damage or injury occasioned by or arising out of the Voyage of the Vessel; and,

5.     That the service of this Order as a restraining order may be made by the United States Post Office or by Federal Express by mailing a conformed copy thereof to the person or persons or entity or entities to be restrained, or to their respective attorneys, or alternatively by hand, and such service shall constitute sufficient notice.

BY THE COURT:

JULIA E. KOBICK
U.S.D.J.

DATE: April 15, 2026

3

## <u>LEGAL NOTICE</u>

In the U.S. District Court for the District of Massachusetts, Docket No. _____, notice is given that Massachusetts Bay Transportation Authority has filed a Complaint seeking Exoneration from, or Limitation of, Liability for all claims arising out of a voyage undertaken by the M/V ABIGAIL ADAMS f/k/a the M/V MICKEY MURPHY bearing Official No. 1129770, her engines, machinery, tackle, apparel, appurtenances, etc., on or about May 22, 2025, departing Logan Airport at approximately 1505 hours en route to the New England Aquarium and arriving at or about 1516 hours that same day. The Court has ordered all persons asserting any claim with respect to said voyage to file a written claim with the Clerk, U.S. District Court for District of Massachusetts, 1 Courthouse Way, Boston, MA 02210, and serve a copy thereof on Petitioner's attorneys, Eckland & Blando LLP, 555 Pleasant Street, Unit 2C, New Bedford, Massachusetts 02740, no later than _____, 2026 or be defaulted.